**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Aubrey Richard Snell
Attorney at Law
915 Barksdale Blvd
Bossier City LA 71111-0000

W. James Singleton
Davis & Singleton
4050 Linwood Avenue
Shreveport LA 71108

Ree J. Casey-Jones
Davis & Singleton
4050 Linwood Avenue
Shreveport LA 71108

**REHEARING ACTION: November 27, 2013**

**Docket Number: 13   00238-CA**

**NATCHITOCHES PARISH LAW ENFORCEMENT DISTRICT**
**VERSUS**
**DECIMAL, INC., ET AL.**

**Appealed from Natchitoches Parish Case No. 82537, Div. A**

**BEFORE JUDGES**:

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Elizabeth A. Pickett**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City Tele-Coin Co., Inc.** has this day been

   **DENIED.**

cc: Ronald E. Corkern, Jr., Counsel for the Appellee